# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN-DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* ASHOK JAIN, M.D.,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:13-cv-06499-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JANE DOE, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:14-cv-00921-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JUNE P. BRINSON, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:14-cv-07275-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* TIFFANY MITCHELL,<br><br>Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:15-cv-00259-AB<br><br>**FILED UNDER SEAL** |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JUDY PATE,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:15-cv-00554-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RICKY NAYLOR,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:14-cv-06198-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SHERALYN CHISHOLM,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:17-cv-01892-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *ex rel.* RUSSELL PETERSON,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:17-cv-01897-AB<br><br>**FILED UNDER SEAL** |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CARRIE EBORALL,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03249-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *ex rel.* CARMELLA GARDNER,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03332-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MATTHEW SACHS, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03604-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DEBRA CONAWAY, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-02233-AB<br><br>**FILED UNDER SEAL** |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STEVEN G. KLOTZ,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-05163-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WAYNE BROCKMAN, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-05350-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* THOMAS GLASS,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:18-04018-AB<br><br>**FILED UNDER SEAL** |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE
FOR PURPOSES OF SETTLEMENT**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes for purposes of settlement in the above-captioned actions. The parties have executed a settlement agreement resolving these matters as to the United States' claims against Defendants. Defendants have also entered into separate agreements to resolve claims as to most of the named plaintiff states. Once payment has been made by Defendants, the plaintiff parties will file a Notice of Dismissal pursuant to the terms of the settlement agreements.

Pursuant to the Court's Order of July 8, 2020:

1. Only the following documents in the above-captioned related cases shall be unsealed:

    a. The United States' Notice of Election to Intervene for Purposes of Settlement;

    b. The most recently filed Complaint or Amended Complaint in each of the above-captioned cases;

    c. The Court's July 8, 2020 Order; and

    d. All documents filed in the above-captioned cases after the filing of the United States' Notice of Intervention for Purposes of Settlement.

2. All other papers or Orders on file in these matters as of the date of this Order shall remain under seal.

Respectfully submitted,

DATED: July 8, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM M. McSWAIN
United States Attorney

/s/ Charlene Keller Fullmer for

_____

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Stacey L.B. Smith

_____

STACEY L.B. SMITH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8200

JAMIE A. YAVELBERG
ALLISON CENDALI
SARAH M. ARNI
U.S. Department of Justice, Civil Division
175 N Street, N.E., Room 10.1807
Washington, D.C. 20002
202-353-1233