**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN-DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* ASHOK JAIN, M.D.,<br>      Plaintiffs,<br><br>      v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>      Defendants. | CIVIL ACTION<br>No. 2:13-cv-06499-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JANE DOE, *et al.*,<br>      Plaintiffs,<br><br>      v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>      Defendants. | CIVIL ACTION<br>No. 2:14-cv-00921-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JUNE P. BRINSON, *et al.*,<br>      Plaintiffs,<br><br>      v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>      Defendants. | CIVIL ACTION<br>No. 2:14-cv-07275-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* TIFFANY MITCHELL,<br><br>Plaintiffs,<br><br>      v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>      Defendants. | CIVIL ACTION<br>No. 2:15-cv-00259-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JUDY PATE, <br>         Plaintiffs, <br><br>         v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>         Defendants. | CIVIL ACTION <br> No. 2:15-cv-00554-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RICKY NAYLOR, <br>         Plaintiffs, <br><br>         v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>         Defendants. | CIVIL ACTION <br> No. 2:14-cv-06198-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SHERALYN CHISHOLM, <br>         Plaintiffs, <br><br>         v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>         Defendants. | CIVIL ACTION <br> No. 2:17-cv-01892-AB |
| UNITED STATES OF AMERICA, *ex rel.* RUSSELL PETERSON, <br>         Plaintiffs, <br><br>         v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>         Defendants. | CIVIL ACTION <br> No. 2:17-cv-01897-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CARRIE EBORALL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03249-AB |
| UNITED STATES OF AMERICA, *ex rel.* CARMELLA GARDNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03332-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MATTHEW SACHS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03604-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DEBRA CONAWAY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-02233-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STEVEN G. KLOTZ, <br>      Plaintiffs, <br><br>      v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>      Defendants. | CIVIL ACTION <br> No. 2:17-cv-05163-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WAYNE BROCKMAN, *et al.*, <br>      Plaintiffs, <br><br>      v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>      Defendants. | CIVIL ACTION <br> No. 2:17-cv-05350-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* THOMAS GLASS, <br>      Plaintiffs, <br><br>      v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>      Defendants. | CIVIL ACTION <br> No. 2:18-04018-AB |

## **JOINT NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, the "participating plaintiff states,"[1] and relators (collectively, "plaintiff parties") file this Joint Notice of Dismissal in accordance with the July 6, 2020 Settlement Agreement among the United States, defendant Universal Health Services, Inc. ("UHS"), and relators (the "federal Settlement Agreement") and the July 7, 2020 settlement agreements between the participating plaintiff states and UHS (the "state settlement agreements").

Specifically, the plaintiff parties request the entry of an order: (1) dismissing these actions with prejudice as to relators, with the exception of certain relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) or for retaliation pursuant to 31 U.S.C. § 3730(h) as detailed below; (2) dismissing these actions with prejudice as to the United States and the participating plaintiff states with respect to the Covered Conduct set forth in the Settlement Agreement and without prejudice as to the United States and the participating plaintiff states as to all remaining claims; (3) dismissing *United States, et al. ex rel. Doe, et al. v. Universal Health Services, Inc., et al.*, No. 2:14-cv-00921, without prejudice as to the State of Hawaii; and (4) providing that the Court retain jurisdiction over any disputes that may arise regarding the settlement agreements.

Pursuant to (1) above, the following claims are not being dismissed at this time:

(a)     In *United States ex rel. Chisholm v. Universal Health Services, Inc., et al.*, No. 2:17-cv-01892-AB, relator's claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) and for retaliation pursuant to 31 U.S.C. § 3730(h);

---

[1] The "participating plaintiff states" are California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oklahoma, Tennessee, Texas, Virginia, and Washington.

(b)	In *United States ex rel. Brinson, et al. v. Universal Health Services, Inc., et al.*, No. 2:14-cv-07275-AB, relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) and relator Demeka Smith's claim for retaliation pursuant to 31 U.S.C. § 3730(h);

(c)	In *United States ex rel. Mitchell v. Turning Point Care Center, Inc., et al.*, No. 2:15-cv-00259-AB, relator's claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) and for retaliation pursuant to 31 U.S.C. § 3730(h);

(d)	In *United States ex rel. Conaway, et al. v. Universal Health Services, Inc., et al.*, No. 2:17-cv-02233-AB, relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d); and

(e)	In *United States ex rel. Brockman, et al. v. Universal Health Services, Inc., et al.*, No. 2:17-cv-05350-AB, relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d).

A proposed order accompanies this notice.

Respectfully submitted,

DATED:  July 29, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM M. McSWAIN
United States Attorney

/s/ Charlene Keller Fullmer for
_____
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Stacey L.B. Smith
_____
STACEY L.B. SMITH
Assistant United States Attorney
615 Chestnut Street, Suite 1250

Philadelphia, PA 19106
215-861-8200

JAMIE A. YAVELBERG
ALLISON CENDALI
SARAH M. ARNI
U.S. Department of Justice, Civil Division
175 N Street, N.E., Room 10.1807
Washington, D.C. 20002
202-353-1233

*Counsel for the United States*

/s/ Angeline M. Kogut
ANGELINE M. KOGUT
Deputy Attorney General
Pennsylvania Bar No. 315368
Delaware Department of Justice
Medicaid Fraud Control Unit
820 N. French Street, 5th Floor
Wilmington, DE 19801
Telephone: (302) 577-8217
Facsimile: (302) 577-3090
Email: angeline.kogut@delaware.gov
*(Application for Admission Pending)*

ATTORNEY FOR THE STATE OF
DELAWARE
And on Behalf of the Plaintiff States
with Consent of the Plaintiff States

/s/ Mark Schlein
Mark Schlein
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024

*Counsel for Gardner relator*

/s/ Brendan Little
Brendan Little
Levy Konigsberg LLP
800 Third Avenue, 11th Floor
New York, NY 10022

*Counsel for Naylor relator*

/s/ Sherrie Savett
Sherrie Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Counsel for Jain relator*

/s/ Mike Bothwell
Mike Bothwell
The Bothwell Law Group
304 Macy Drive
Roswell, GA 30076

*Counsel for Chisholm relator*

/s/ Christopher Nelson
Christopher Nelson
The Weiser Law Firm, P.C.
22 Cassat Avenue
Berwyn, PA 19312

*Counsel for Doe relators*

/s/ Alfonso Kennard
Alfonso Kennard
Kennard Law, P.C.
2603 Augusta Dr., 14th Floor
Houston, TX 77057

*Counsel for Pate relator*

/s/ Raymond Moss
Raymond Moss
Moss & Gilmore LLP
3630 Peachtree Road, Ste. 1025
Atlanta, GA 30326

*Counsel for Brinson relators*

/s/ William Hurlock
William Hurlock
Mueller Law LLC
363 Bloomfield Avenue, Suite C-2

Montclair, NJ 07042

*Counsel for Mitchell relator*

/s/ Robert Sherlock
Robert Sherlock
Eisenberg Gilchrist & Cutt
215 South State Street, Suite 900
Salt Lake City, UT 84111

*Counsel for Peterson relator*

/s/ David Stewart
David Stewart
Crowder Stewart LLP
P.O. Box 160
Augusta, GA 30903

*Counsel for Conaway relators*

/s/ Brian Mahany
Brian Mahany
Mahany Law
PO Box 511328
Milwaukee, WI 53203

*Counsel for Eborall relator*

/s/ Jeffrey Breit
Jeffrey Breit
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451

*Counsel for Sachs relators*

/s/ Julie Grohovsky
Julie Grohovsky
Wu, Grohovsky & Whipple, PLLC
Reagan Bldg. & ITC, Suite 700
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Klotz relator*

/s/ James H. Shoemaker, Jr.

Jamie Shoemaker
Patten, Wornom, Hatten & Diamonstein,
L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602

*Counsel for Brockman relators*

/s/ John R. Thomas, Jr.
John R. Thomas, Jr.
Hafemann Magee & Thomas, LLC
11 Franklin Rd. SW
P.O. Box. 8877
Roanoke, VA 24014

*Counsel for Glass relator*

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN-DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* ASHOK JAIN, M.D.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　　　Defendants. | CIVIL ACTION<br>No. 2:13-cv-06499-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JANE DOE, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　　　Defendants. | CIVIL ACTION<br>No. 2:14-cv-00921-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JUNE P. BRINSON, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　　　Defendants. | CIVIL ACTION<br>No. 2:14-cv-07275-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* TIFFANY MITCHELL,<br><br>Plaintiffs,<br><br>　　　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　　　Defendants. | CIVIL ACTION<br>No. 2:15-cv-00259-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JUDY PATE,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:15-cv-00554-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RICKY NAYLOR,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:14-cv-06198-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SHERALYN CHISHOLM,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-01892-AB |
| UNITED STATES OF AMERICA, *ex rel.* RUSSELL PETERSON,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-01897-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CARRIE EBORALL,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-03249-AB |
| UNITED STATES OF AMERICA, *ex rel.* CARMELLA GARDNER,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-03332-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MATTHEW SACHS, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-03604-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DEBRA CONAWAY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-02233-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STEVEN G. KLOTZ,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-05163-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WAYNE BROCKMAN, *et al.*,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-05350-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* THOMAS GLASS,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:18-04018-AB |

## **ORDER**

AND NOW, this _____ day of_____, 2020 it is ORDERED that

pursuant to Fed. R. Civ. P. 41(a)(2) and the *qui tam* provisions of the False Claims Act, 31

U.S.C. § 3730(b)(1), and in accordance with the July 6, 2020 Settlement Agreement among the

United States, defendant Universal Health Services, Inc. ("UHS"), and relators (the "federal

Settlement Agreement") and the July 7, 2020 settlement agreements between the participating plaintiff states[2] and UHS (the "state settlement agreements"), these actions are:

(1) DISMISSED WITH PREJUDICE as to relators, with the exception of certain relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) or for retaliation pursuant to 31 U.S.C. § 3730(h) as detailed below;

(2) DISMISSED WITH PREJUDICE as to the United States and the participating plaintiff states with respect to the Covered Conduct set forth in the Settlement Agreement and WITHOUT PREJUDICE as to the United States and the participating plaintiff states as to all remaining claims; and

(3) *United States, et al. ex rel. Doe, et al. v. Universal Health Services, Inc., et al.*, No. 2:14-cv-00921, is DISMISSED WITHOUT PREJUDICE as to the State of Hawaii;

It is FURTHER ORDERED that this Court will retain jurisdiction over any disputes that may arise regarding the settlement agreements.

Pursuant to (1) above, the following claims are excluded from this dismissal:

(a) In *United States ex rel. Chisholm v. Universal Health Services, Inc., et al.*, No. 2:17-cv-01892-AB, relator's claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) and for retaliation pursuant to 31 U.S.C. § 3730(h);

(b) In *United States ex rel. Brinson, et al. v. Universal Health Services, Inc., et al.*, No. 2:14-cv-07275-AB, relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) and relator Demeka Smith's claim for retaliation pursuant to 31 U.S.C. § 3730(h);

---

[2] The "participating plaintiff states" are California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oklahoma, Tennessee, Texas, Virginia, and Washington.

(c) In *United States ex rel. Mitchell v. Turning Point Care Center, Inc., et al.*, No. 2:15-cv-00259-AB, relator's claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d) and for retaliation pursuant to 31 U.S.C. § 3730(h);

(d) In *United States ex rel. Conaway, et al. v. Universal Health Services, Inc., et al.*, No. 2:17-cv-02233-AB, relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d);

(e) In *United States ex rel. Eborall v. Universal Health Services, Inc., et al.*, No. 2:17-cv-03249-AB, relator's claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d); and

(f) In *United States ex rel. Brockman, et al. v. Universal Health Services, Inc., et al.*, No. 2:17-cv-05350-AB, relators' claims for costs, fees, and expenses pursuant to 31 U.S.C. § 3730(d).

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
*Judge, United States District Court*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing Joint Notice of Dismissal and

Proposed Order were sent via email, to the following:

Jonathan M. Phillips
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 887-3546
JPhillips@gibsondunn.com

*Counsel for Defendant Universal Health Services, Inc.*

/s/ Stacey L. B. Smith
STACEY L. B. SMITH
Assistant United States Attorney

Date: July 29, 2020